Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Christopher M. Pastore
Nevada Bar No. 11436
christopher.pastore@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendant Prudential Overall Supply*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RUDOLPH SALGADO, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENTIAL OVERALL SUPPLY, a California Corporation, and DOES I-X inclusive,<br><br>Defendants. | Case No.:  2:13-cv-00256-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Rudolph Salgado, Jr., and Defendant Prudential Overall Supply, by and through their respective counsel, that the above-

/ /

/ /

/ /

/ /

/ /

/ /

/ /

entitled action shall be and hereby is dismissed with prejudice in its entirety, each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated this 9th day of August, 2013.

| | |
|---|---|
| The Gage Law Firm, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Ivy Gage | /s/ Christopher Pastore |
| Ivy Gage, Esq. | Anthony L. Martin |
| Summergate Corporate Center | Christopher M. Pastore |
| 7674 W. Lake Mead Blvd., Suite 108 | 3800 Howard Hughes Parkway |
| Las Vegas, NV 89128 | Suite 1500 |
| *Attorneys for Plaintiff* | Las Vegas, NV 89169 |
| | *Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

August 12, 2013.
Date

15627066.1