1  Anthony L. Martin
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
   Christopher M. Pastore
3  Nevada Bar No. 11436
4  christopher.pastore@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV  89169
7  Telephone:  702.369.6800
8  Fax:  702.369.6888
   *Attorneys for Defendant Prudential Overall Supply*

9

10            **UNITED STATES DISTRICT COURT**

11           **FOR THE DISTRICT OF NEVADA**

12  RUDOLPH SALGADO, JR.,

13                    Plaintiff,              Case No.:  2:13-cv-00256-APG-VCF

14  vs.                                       **STIPULATION AND ORDER TO**
                                              **DISMISS WITH PREJUDICE**
15  PRUDENTIAL OVERALL SUPPLY, a
16  California Corporation, and DOES I-X
   inclusive,

17
                    Defendants.
18

19

20        IT IS HEREBY STIPULATED by and between Plaintiff Rudolph Salgado, Jr., and

21  Defendant Prudential Overall Supply, by and through their respective counsel, that the  above-

22  //

23  //

24  //

25  //

26  //

27  //

28

entitled action shall be and hereby is dismissed with prejudice in its entirety, each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated this <u>9th</u> day of August, 2013.

The Gage Law Firm, PLLC

<u>/s/ Ivy Gage</u>
Ivy Gage, Esq.
Summergate Corporate Center
7674 W. Lake Mead Blvd., Suite 108
Las Vegas, NV 89128
*Attorneys for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

<u>/s/ Christopher Pastore</u>
Anthony L. Martin
Christopher M. Pastore
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

August 12, 2013.
_____
Date

15627066.1